UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TEEDA BARCLAY, JAY OVSAK, and NICOLE NORDICK, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>iFIT Health & Fitness, Inc. *f/k/a* ICON HEALTH & FITNESS, INC., and NORDICTRACK, INC.,<br><br>  Defendants. | Case No. 0:19-cv-02970-ECT-DTS |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Teeda Barclay, Jay Ovsak, and Nicole Nordick ("Plaintiffs"), on behalf of themselves and the Class, respectfully move this Court to enter an Order Granting Final Approval of Class Action Settlement. Specifically, Plaintiffs seek the following relief:

1. Granting final certification of the proposed Settlement Class;

2. Granting final approval of the proposed Settlement;

3. Finding that notice has been conducted in accordance with the Court-approved notice plan and due process;

4. Dismissing objections to the Settlement; and

5. Dismissing with prejudice Plaintiffs' and Class Members' claims against

      Defendants.

Per Local Rule 7.1(a), Plaintiffs consulted with Defendants before filing this Motion and determined that this Motion is unopposed by counsel for Defendants. The grounds for the Court's potential granting of this unopposed Motion are included in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the Declaration of Christopher P. Renz in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, and the Declaration of W.B. Markovits in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement..

      Respectfully submitted,

Dated: August 11, 2025

*s/ Christopher P. Renz*
Bryan L. Bleichner (MN #0326689)
Christopher P. Renz (MN #0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*

W.B. Markovits (*pro hac vice*)
Terence R. Coates (*pro hac vice*)
Justin C. Walker (*pro hac vice*)
Dylan J. Gould (*pro hac vice)*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
*bmarkovits@msdlegal.com*
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*
*dgould@msdlegal.com*

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
*nprosser@hjlawfirm.com*

*Class Counsel*