UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TEEDA BARCLAY, JAY OVSAK,
and NICOLE NORDICK,
individually, and on behalf of all
others similarly situated,

|  |  Case No. 0:19-cv-02970-ECT-DTS

Plaintiffs,

v.

iFIT Health & Fitness, Inc. *f/k/a*
ICON HEALTH & FITNESS, INC.,
and NORDICTRACK, INC.,

Defendants.

**NOTICE OF HEARING ON PLAINTIFFS MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that a hearing will be held on August 25, 2025, at 9:00

a.m. before the Honorable Eric C. Tostrud, United States District Judge, in Courtroom 7D,

Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul,

Minnesota, at which Plaintiffs will present arguments in support of Plaintiffs' Motion for

Final Approval of Class Action Settlement.

Respectfully submitted,

Dated: August 11, 2025

*s/ Christopher P. Renz*
Bryan L. Bleichner (MN #0326689)
Christopher P. Renz (MN #0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700

Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*

W.B. Markovits (*pro hac vice*)
Terence R. Coates (*pro hac vice*)
Justin C. Walker (*pro hac vice*)
Dylan J. Gould (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
*bmarkovits@msdlegal.com*
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*
*dgould@msdlegal.com*

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
*nprosser@hjlawfirm.com*

***Class Counsel***